# Tirelli Law Group, LLC

Westchester Financial Center
50 MAIN STREET, STE. 1265
WHITE PLAINS, NEW YORK 10606
PHONE (914)732-3222

Linda M. Tirelli*

*Admitted CT, USDCCT, SDNY, EDNY and SCOTUS

April 28, 2021

Hon. Sean H. Lane
United Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**RE:** In re *Charmaine J. Brown* Case No. 18-23036 (SHL)
**Case Status Report**

Dear Honorable Judge Lane,

Please be advised that this firm continues to represent Ms. Charmaine J. Brown as co-counsel to her chapter 13 bankruptcy case, in particular as litigation counsel for the objection of claims.

By way of Status Report, please be advised that the Claim Objection to POC 5-1 has been fully briefed, as allow by the Court, and is currently scheduled for argument on May 5, 2021.

Thank you for your time and attention to this matter I remain,

                                          Very truly yours,
                                          __/s/ Linda M Tirelli_____
                                          Linda M Tirelli, Esq.
                                          Debtor's Counsel

cc:
David J. Babel, Esq.
Kevin T. MacTiernan, Esq.