# Tirelli Law Group, LLC

Westchester Financial Center
50 MAIN STREET, STE. 1265
WHITE PLAINS, NEW YORK 10606
PHONE (914)732-3222

Linda M. Tirelli*
Victoria Lehning**
Irina Lust ***
Todd Cushner ***
Alfred Hatem***

*Admitted CT, USDCCT, SDNY, EDNY and SCOTUS
**Senior Associate Admitted NY, USDC SDNY, EDNY
*** Of Counsel

June 30, 2021

Hon. Judge Sean H. Lane
United States Bankruptcy Judge
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601

      RE:    In re Consingh 19-23034
                In re Farkas 19-22520
                In re Frankel 19-22281
                In re Akerib 19-22276
                In re Pelle 19-22229
                In re Kolkowski 19-22172
                In re Gizzo 19-22051
                In re Faupel 19-22007
                In re Desmond 18-23750
                In re Brown 18-23036
                In re Kramer 18-2240
                In re Watson 18-22923
                In re Occipinti 18-22690
                In re Cretekos 18-22239
                In re Berger 17-22921
                In re Jackson 16-23514
                In re Reyes 16-22556

Dear Honorable Judge Lane:

Please allow this correspondence to serve as my request for an adjournment of the *sua sponte* Orders to Show Cause in the above referenced matters from August 4, 2021 to October 20, 2021. I am in the process of retaining counsel and they will need additional time to get up to speed on all seventeen (17) matters.

In addition, Please allow this correspondence to serve as my request to extend my time to submit responsive papers to September 20, 2021.

This request is made with the consent of Mr. Andy Velez-Rivera of the Office of the United States Trustee. I also consulted on the proposed adjourned date with Ms. Mercado of the Clerk's office.

Should you honor grant the within request, our office will docket Notices of Adjournment in the above referenced matters.

Thank you for you time and attention to this request. I remain

                                          Very truly yours,

                                          /s/ Linda M Tirelli
                                          Linda M Tirelli, Esq.

cc: Andy Velez-Rivera, AUST *via email* [andy.velez-rivera@usdoj.gov](mailto:andy.velez-rivera@usdoj.gov)